IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.195.202.67

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/06/2018 23:51:28 | 70EA75B61D981652438DCBB1EB3206281115B3F9 | Hide and Sex |
| 10/02/2018 15:21:45 | 63C14AA8FDDA3C751DDB7576F1075E67C49FDB81 | 18 Year Old Models First Time Threesome |
| 09/11/2018 04:42:59 | DF69DC6BAF53DCF6919D659BB8CAB987FBFF7C71 | A Walk To Remember |
| 09/09/2018 22:48:25 | B7ED778FA423E3639C610307B6507DBEF2ED0148 | A Long Time Cumming |
| 09/09/2018 19:01:23 | 8FA1AB42DC1C48CF3855FB7B92C0BA37782BA12F | Emerald Love |
| 09/01/2018 23:48:27 | 837722385DBCA5C20A1F5E5DAC10AEE41C46FF19 | Teach Me About Sex |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

STX225