United States District Court
Southern District of Texas
**ENTERED**
April 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-4422 |
| § | |
| JOHN DOE, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal with Prejudice on April 5, 2019 (Doc. 14) this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ___9th___ day of April, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE